```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 17886
   KAREN COHEN
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-5159


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/11/2008 and was not confirmed.

     The case was dismissed without confirmation 09/11/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
CITIMORTGAGE INC           CURRENT MORTG           .00            .00             .00
CITIMORTGAGE INC           MORTGAGE ARRE       36000.00           .00             .00
LASALLE BANK               CURRENT MORTG           .00            .00             .00
LASALLE BANK               MORTGAGE ARRE        8000.00           .00             .00
INTERNAL REVENUE SERVICE   NOTICE ONLY       NOT FILED           .00             .00
AMERICAN EXPRESS           UNSECURED         NOT FILED           .00             .00
CAPITAL ONE BANK           NOTICE ONLY       NOT FILED           .00             .00
CAPITAL ONE                UNSECURED         NOT FILED           .00             .00
CAPITAL ONE                UNSECURED         NOT FILED           .00             .00
CHASE BP                   UNSECURED         NOT FILED           .00             .00
FIRST PREMIER BANK         UNSECURED         NOT FILED           .00             .00
IMAGINE/FBOFD              UNSECURED         NOT FILED           .00             .00
JEFFREY COHEN              NOTICE ONLY       NOT FILED           .00             .00
JEFFREY COHEN              NOTICE ONLY       NOT FILED           .00             .00
ANDERSONVILLE WEST HOMEO   NOTICE ONLY       NOT FILED           .00             .00
ANDERSONVILLE WEST TOWNH   SECURED              5484.89           .00             .00
CITIMORTGAGE               MORTGAGE NOTI     NOT FILED           .00             .00
ASSET ACCEPTANCE           UNSECURED            1551.22           .00             .00
ECAST SETTLEMENT/CITIBAN   UNSECURED            4428.22           .00             .00
PHILIP A IGOE              DEBTOR ATTY            .00                            .00
TOM VAUGHN                 TRUSTEE                                               .00
DEBTOR REFUND              REFUND                                                .00

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 17886 KAREN COHEN
```

```
                          ---------------      ---------------
TOTALS                               .00                  .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 12/22/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE